UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INCHCAPE TESTING, INC.

VERSUS

NIPPON STEEL SHIPPING CO., LTD, ETC.

CIVIL ACTION

NUMBER 07-365-FJP-CN

**<u>RULING</u>**

The Court on its own motion questioned whether the Court should abstain from hearing this case because of the fact that a related matter is pending in state court and after a lengthy delay a final decision has been rendered.  While the Court firmly believes this case should be tried in state court because of the trial judge's familiarity with the underlying facts of this case, some state law issues are involved, and the Court believes it would be in the interest of justice to do so.  Having set forth the above facts, the Court will not abstain from trying this case at this time.  If further pretrial hearings, conferences, or motions suggest that this Court should abstain, I will make an appropriate decision at that time.

Baton Rouge, Louisiana, January 8, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45715