UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| INCHCAPE TESTING, INC. | CIVIL ACTION |
| VERSUS | |
| NIPPON STEEL SHIPPING CO., LTD, ETC. | NUMBER 07-365-FJP-CN |

## RULING

This is the second time the Court has considered abstention in this matter.  On January 8, 2009, the Court in a brief opinion reluctantly ruled that it would not abstain from this case but reserved its right to revisit the issue should developments in the case so warrant.[1]  After further consideration of the procedural and jurisdictional issues involved in this case, this Court believes it should vacate its earlier opinion and abstain from hearing this matter.

The Court now finds that it must and should abstain under the *Colorado River* doctrine since a parallel state court lawsuit remains open which involves substantially the same parties litigating substantially the same issues as those involved in the state court action.[2]  In fact, several exceptions are still pending

---

[1] Rec. Doc. No. 63.

[2] *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 96 S.Ct. 1236, 47 L.Ed.2d 483 (1976).

Doc#45825

in state court involving these parties and issues which, if ruled upon by the state court, would necessarily affect the course of action of this case in federal court.

In the proposed findings of fact and conclusions of law submitted by the parties, specifically paragraph 20 on page 5 of the February 16, 2009 pleading, the parties state: "The extent to which Inchcape is bound by the factual findings and legal conclusions of the Louisiana state courts in the underlying action, *Imperial Chemical, Ltd. v. PKB Scania (USA), Inc.*, 929 So.2d at 84, 90 (La. App. 1st Cir. 2006)." This legal issue together with other procedural and jurisdictional matters convince the Court that it should abstain from hearing this case. In effect, the federal court lawsuit seeks to enforce a judgment reached by the state court although the same issues which are now pending in state court and which are subject to pending exceptions are the same claims which the parties seek to try in federal court.

The state court judge is very familiar with this case. He has had the opportunity to judge the credibility of the witnesses when he set forth his findings of fact and conclusions of law. As noted above, the exceptions which were filed in state court pertained to the third party claims which sought indemnity and/or contribution. The federal court case involves a claim for indemnity and contribution. One of the major concerns of this Court is whether a ruling made by this Court in the federal suit would conflict with

the final judgment resolved in state court which forms the underlying basis for the federal suit. For this Court to try this case would simply mean the parties are removing the remaining issues in the state court case which are now pending in state court and involve state law issues to federal court. The Court does not believe such a procedure would be in the interests of justice or judicial economy and would set aside the comity that does and should exist between the state and federal courts.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 3 day of March, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA